

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>212-267-7342 |
|---|---|---|

Defendant: **Argus Media, Inc.**
Bankruptcy Case: **Fieldwood Energy LLC**
Preference Period: **May 5, 2020 - Aug 3, 2020**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:5/15/2020 | $84,127.65 | 5/15/2020 | AMI1027165 | 3/31/2020 | $84,127.65 |
| **Totals:** | | **1 transfer(s),** | **$84,127.65** | | | | |